FILED
CLERK, U.S. DISTRICT COURT

JUN 10

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUN PING LIN, | No. SA CV 08-197-JVS (PLA) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL MUKASEY, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 6. 5. 08

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE